FILED
SEP 23 2015
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

In the United States District Court
For the Southern District of West Virginia

DAVID E. KATES
[plaintiff]

v.

Lt. Martin
Tonya Norris
[defendants]

Declaration of David Kates

1:15-13412

David Kates hereby declares:

That on 9-18-15 around 8:15 P.M. Lt. Martin came to cell 136, C-range to discuss with me about taking a cellie. I gave him the reasons why I refused, he then became angry and irate and start making statements out loud in front of other inmates "you are a scared bitch, a rat + snitch, I should of let your old cellie beat your ass." He then walk off, came ▮▮▮ back about 30-minutes stating "he would put me in shackles and chains if I didn't take a cellie and once he got a call from his supervisors for this process that my ass would be his." These statements put my life in jeopardy at F.C.I. McDowell by inmates and Lt. Martin threats and unprofessional actions. I swear up under the penalty of perjury pursuant to 28 U.S.C. 1746 that this statement is true.

Affiant: David E. Kates                    Date: 9-20-15

DAVID E. MATES #30428-044
Federal Correctional Institution Mc Dowell
Post Office Box-1009
Welch, W.V.
24801

21 SEP 2015 PM 3 L

(Clerk)
U.S. District Court
Southern Dist. of West Virginia
P.O. BOX 4126
Bluefield, W.V.
24701

2470181 928

"Legal Mail"
9-19-15; Mail Date
9-20-15; Post Mark Date

"Legal Mail"

Do Not Delay, Destroy or Tamper with
per F.A. C.NM. P. 1496, 1701 & 1703